# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: Verso Corporation et al. | : | |
| Debtors. | : | |
| _____ | : | |
| UPPER PENINSULA POWER COMPANY | : | |
| Appellant, | : | |
| v. | : | C. A. No. 17-577-GMS |
| VERSO CORPORATION DIRECTBUY HOLDINGS, INC. and CSC GENERATION, INC. | : | Bankruptcy Case No. 16-10163-KG |
| Appellees. | : | |

## **RECOMMENDATION**

At Wilmington this **26TH** day of **June, 2017**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, the court conducted an initial review, which included information from counsel through a teleconference on June 22, 2017, to determine the appropriateness of mediation in these matters;

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a)

Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation. Counsel were informed that the Court would be recommending this matter be removed from mandatory mediation and their right to file objections. Counsel advised that they wished to discuss with their respective clients whether objections will be filed to this Recommendation.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge