IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| VERSO CORPORATION, et al., | : | Case No. 16-10163 (KG) |
| | : | BAP No. 17-14 |
| Debtors. | : | |
| | : | |
| UPPER PENINSULA POWER COMPANY, | : | C.A. No. 17-577 GMS |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | |
| | : | |
| VERSO CORPORATION DIRECTBUY HOLDINGS, INC and CSC GENERATION, INC. | : | |
| | : | |
| Appellees. | : | |

ORDER

At Wilmington this ___29th___ day of June, 2017, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court (D.I. 12);

IT IS ORDERED that the recommendation is adopted and the parties are directed to submit a proposed briefing schedule to the court no later than **August 1, 2017.**

_____
UNITED STATES DISTRICT JUDGE